FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 12 PM 5:06

CLERK _____
SO. DIST OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | |
|---|---|
| ANITA J. CARLSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV407-095 |
| ) | |
| THE LANDINGS CLUB, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having reviewed and considered the petition of William R. Jerles, Jr. of the law firm of Daniel, Lawson, Tuggle and Jerles, LLP, 912 Main Street, Perry, Georgia 31069, for permission to appear pro hac vice on behalf of plaintiff Anita J. Carlson, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter William R. Jerles, Jr. as counsel of record for plaintiff Anita J. Carlson, in this case.

**SO ORDERED** this 12th day of July, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA